UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** January 12, 2023        **Time:** 20 minutes        **Judge:** WILLIAM H. ORRICK
                                 2:10 p.m. to 2:30 p.m.

**Case No.:** 21-cr-00051-WHO-1        **Case Name:** UNITED STATES v. Ogo

**Attorney for Plaintiff:**     Kevin Yeh
**Attorney for Defendant:**     John Jordan
                                Defendant **Mark Ogo** – present, on bond

**Deputy Clerk:** Jean Davis                **Court Reporter:** Marla Knox
**Interpreter:** n/a                        **Probation Office:** Brian Cassi and
                                            **Pretrial Services Officer:** Josh Libby

Sentencing Hearing conducted.

**Findings:**   The Court summarizes material reviewed in preparation for the sentencing. An additional supplement memorandum and letter is submitted in open court by Mr. Jordan and reviewed by the Court. Counsel confirm that it is appropriate for sentence to be imposed at this time. Government and defense counsel heard as to the §3553(a) factors and sentencing recommendations. Mr. Libby heard as to Mr. Ogo's performance during pretrial supervision. Mr. Casai waives comment beyond the contents of the PSR. Mr. Ogo is heard on his own behalf. The Court addresses Mr. Ogo directly and summarizes the factors considered in crafting an appropriate sentence. Sentence imposed as indicated below. Mr. Ogo is advised of his limited right of appeal.

**Judgment:**   Defendant is committed to the Bureau of Prisons for a term of **TIME SERVED**. He is placed on Supervised Release for a term of 4 years, under the standard conditions in force in this District and additional special conditions. A Special Monetary Assessment of $100.00 is imposed and is due and payable immediately. Fine waived.